**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **BRIAN T. COLLUM,** | ) | **CASE NO. 8:10CV452** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **PAYPAL, INC, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on Plaintiff's Motion for Leave to Proceed In Forma Pauperis on Appeal.  (Filing No. 25.)  In the Affidavit supporting Plaintiff's Motion, he states that his total monthly income is $2,133.00 and that his total monthly expenses are $2,270.00.  (*Id.* at CM/ECF pp. 2-4.)  However, Plaintiff also states that he owns a 2008 Hummer H3 automobile valued at $24,000.00.  (*Id.* at CM/ECF p. 5.)  The court also notes that Plaintiff did not proceed in forma pauperis in the district court and instead paid the $350.00 filing fee.  (Filing No. 1.)

In accordance with 28 U.S.C. § 1915(a)(1), and upon review of Plaintiff's Motion and Affidavit, the court finds that Plaintiff has sufficient funds and assets to pay the appellate filing fee.

IT IS THEREFORE ORDERED that:

1.    Plaintiff's Motion for Leave to Proceed In Forma Pauperis on Appeal (Filing No. 25) is denied.  Plaintiff shall immediately pay the $455.00 appellate filing fee; and

2.      The Clerk of the court is directed to send a copy of this Memorandum and
        Order to the Eighth Circuit.

DATED this 12th day of October, 2011.

                            BY THE COURT:


                            s/Laurie Smith Camp
                            United States District Judge

_____

        *This opinion may contain hyperlinks to other documents or Web sites.  The U.S.
District Court for the District of Nebraska does not endorse, recommend, approve, or
guarantee any third parties or the services or products they provide on their Web sites.
Likewise, the court has no agreements with any of these third parties or their Web sites.
The court accepts no responsibility for the availability or functionality of any hyperlink.
Thus, the fact that a hyperlink ceases to work or directs the user to some other site does
not affect the opinion of the court.